UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Francois Richardson, et al.                    Civil 09-386 PAM/AJB

               Plaintiffs,                **ORDER OF DISMISSAL**

v.

U.S. Bank, N.A., et al.

               Defendants.

------------------------------------------------------------------------------------------

It appearing from the files and records that the case has been dormant since the date of filing,

Now therefore, Sua Sponte because of lack of prosecution the case is **DISMISSED.**

Provided that, the Court will retain jurisdiction for ten days from the date hereof to afford plaintiff the opportunity, if so advised to move to vacate this Order of Dismissal.

Dated: August   10  , 2009

                                                 s/Paul A. Magnuson
                                                 Paul A. Magnuson**,** Judge
                                                 United States District Court